IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON FRENKEL and<br>PERISCOPE PARTNERS, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>JOHN P. ACUNTO, JR.,<br>ABSOLUTE PARTNERS, INC.<br>and ABSOLUTE PRO STUDIOS, INC.<br><br>Defendants. | CIVIL ACTION NO.: 10-cv-1687 |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy the judgment, interest, and costs against <u>John P. Acunto, Jr., of 9271 Equus Circle, Boynton Beach, Florida 33472, and 18715 Ocean Mist Drive, Boca Raton, Florida 33498</u>, Defendant and Judgment Debtor

(1) You are directed to levy upon the property of the Defendant and to sell his interest therein:

(2) You are also directed to attach the property of the Defendant not levied upon in the possession of <u>Citibank, 1760 Market Street, Philadelphia, Pennsylvania 19103</u>, as Garnishee: <u>any and all property of Defendant</u>, and to notify the Garnishee that:

    (a) an attachment has been issued;

    (b) the Garnishee is enjoined from paying any debt to or for the account of the Defendant and from delivering any property of the Defendant or otherwise disposing thereof;

(3) If the property of the Defendant not levied upon and subject to attachment is found in the possession of anyone other than the named Garnishee, you are directed to notify him that he has been added as a Garnishee and is enjoined as above stated.

| | |
|---|---|
| Amount Due: | $ 777,936.61 |
| Post-Judgment Interest from June 14, 2011 to December 20, 2011 at the rate of 6% per year: | $ 24,634.66 |
| TOTAL | $ 802,571.27 |

MICHAEL E. KUNZ
Clerk of the Court

By: _____
(Clerk)

Seal of the Court:

**MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW**
1. $300.00 STATUTORY EXEMPTION
2. BIBLES, SCHOOL BOOKS, SEWING MACHINES, UNIFORMS, AND EQUIPMENT
3. MOST WAGES AND UNEMPLOYMENT COMPENSATION
4. SOCIAL SECURITY BENEFITS
5. CERTAIN RETIREMENT FUNDS AND ACCOUNTS
6. CERTAIN VETERAN AND ARMED FORCES BENEFITS
7. CERTAIN INSURANCE PROCEEDS
8. SUCH OTHER EXEMPTIONS AS MAY BE PROVIDED BY LAW

• USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service



# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Leon Frenkel, et al. | COURT CASE NUMBER<br>10-cv-1687 |
| DEFENDANT<br>John P. Acunto, Jr., et al. | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Citibank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1760 Market Street, Philadelphia, Pennsylvania 19103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jerry R. DeSiderato, Esquire
Mitts Milavec, LLC
Two Logan Square, 12th Floor
Eighteenth and Arch Streets
Philadelphia, PA 19103

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 215-681-9083
DATE: 12/20/11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: [signed] Irene Foster
Date: 1-3-12

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Bunny Moir Assistant Branch Manager

Address (complete only different than shown above):
207 South St Philadelphi PA 19147

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 1-9-12
Time: 9:42 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55.00 | -0- | — | $55.00 | $55.00 | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80